**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7     IN THE UNITED STATES DISTRICT COURT
8     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9     SAN JOSE DIVISION
10
11    IN RE: 3DFX INTERACTIVE, INC.              NO. C 06-03238 JW
12                                               **ORDER SETTING HEARING RE:
                              /                  LEAVE TO APPEAL**
13
14        The parties shall appear for a hearing on July 17, 2006 at 9:00 a.m. re: whether appeal should
15    be taken from the bankruptcy court pursuant to 28 U.S.C. 158.  A brief in opposition to Appellant's
16    motion for leave to appeal limited to fifteen pages shall be filed and served on or before July 7,
17    2006.  Appellant's brief in support of its motion for leave to appeal shall be filed and served by July
18    13, 2006, and is also limited to fifteen pages.
19        Under Bankruptcy Local Rule 8007-1(b), the current briefing schedule at Docket Item No. 5
20    is vacated.  The Court intends to set an amended briefing schedule, if necessary, following the
21    hearing on July 17, 2006.
22
23    Dated: June 29, 2006                          /s/ James Ware
      06eciv3238hearing                             JAMES WARE
24                                                  United States District Judge
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas A. Applegate daa@sezalaw.com
Frederick D. Holden fholden@brobeck.com
James N. Kramer jkramer@orrick.com
John S. Wesolowski john.wesolowski@usdoj.gov
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Margreta M. Sundelin msundelin@stutman.com
Matthew J. Shier mshier@pinnaclelawgroup.com
Robert Anthony Trodella rtrodella@hewm.com
Sblend A. Sblendorio sas@hogefenton.com
Stephen T. O'Neill soneill@murraylaw.com

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street, #3035
San Jose, CA 95113

Amy E. Wallace
DLA Piper Rudnick Gray Cary US LLP
2000 University Avenue
East Palo Alto, CA 94303

Aron M. Oliner
Buchalter, Nemer, Fields and Younger
333 Market St., 25th Floor
San Francisco, CA 94105-2130

John M. Sorich
Alvarado Shapiro and Wilson
4 Park Plaza, #1230
Irvine, CA 92614

Monique Jewett-Brewster
Law Offices of Reed Smith
1999 Harrison Street, #2400
Oakland, CA 94612-3572

Tara L. Condon
Sedgwick Detert Moran and Arnold
1 Market Plaza Steuart Tower, 8th Floor
San Francisco, CA 94105

**Dated: June 29, 2006**                                **Richard W. Wieking, Clerk**

                                                        **By:_/s/ JW Chambers_____**
                                                             **Melissa Peralta**
                                                             **Courtroom Deputy**