IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: 3DFX INTERACTIVE, INC. | NO. C 06-03238 JW |
| | **ORDER SUBMITTING MOTION FOR LEAVE TO APPEAL BANKRUPTCY COURT ORDERS; VACATING HEARING** |
| _____/ | |

The hearing re: whether interlocutory appeal should be taken from the bankruptcy court currently scheduled for Monday, July 17, 2006 is vacated. The Court takes the matter under submission pursuant to Civil Local Rule 7-2.

Dated: July 12, 2006         /s/ James Ware
06cv3828subm                 JAMES WARE
                             United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas A. Applegate daa@sezalaw.com
Frederick D. Holden fholden@brobeck.com
James N. Kramer jkramer@orrick.com
John S. Wesolowski john.wesolowski@usdoj.gov
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Margreta M. Sundelin msundelin@stutman.com
Matthew J. Shier mshier@pinnaclelawgroup.com
Robert Anthony Trodella rtrodella@hewm.com
Sblend A. Sblendorio sas@hogefenton.com
Stephen T. O'Neill soneill@murraylaw.com

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA 95113

John S. Wesolowski
United States Trustee
280 South First Street, #268
San Jose, Ca 95113

Amy E. Wallace
DLA Piper Rudnick Gray Cary US LLP
2000 University Avenue
East Palo Alto, CA 94303

Monique Jewett-Brewster
Law Offices of Reed Smith
1999 Harrison Street, #2400
Oakland, CA 94612-3572

Aron M. Oliner
Buchalter, Nemer, Fields and Younger
333 Market St., 5th Floor
San Francisco, CA 94105-2130

Tara L. Condon
Sedgwick Detert Moran and Arnold
1 Market Plaza Steuart Tower 8th Floor
San Francisco, CA 94105

John M. Sorich
Alvarado Shapiro and Wilson
4 Park Plaza, #1230
Irvine, CA 92614

**Dated: July 12, 2006**          **Richard W. Wieking, Clerk**

**By:_/s/ JW Chambers_____
     Melissa Peralta
     Courtroom Deputy**