**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: 3DFX INTERACTIVE, INC. | NO. C 06-03238 JW |
| | **ORDER DENYING MOTION FOR LEAVE TO APPEAL BANKRUPTCY COURT DECISION** |
| _____/ | |

Before the Court is nVidia's motion for leave to appeal two interlocutory orders of the Bankruptcy Court, one granting the Equity Committee standing to pursue a declaratory relief action against nVidia, and another striking evidence that nVidia sought to introduce in connection therewith. An appeal from an interlocutory order in a bankruptcy case is a permissive one that can be taken only by leave of the district court or the bankruptcy appellate panel. 28 U.S.C. § 158. In considering whether to grant leave to appeal, the standard set forth in 28 U.S.C. § 1292(b) applies to the bankruptcy court interlocutory order. See Oliner v. Kontrabecki, 305 B.R. 510, 527 (N.D. Cal. 2004). Because nVidia has not demonstrated that the orders at issue involve a controlling question of law as to which there is a substantial ground for difference of opinion and that an intermediate appeal from the orders may materially advance the ultimate termination of the litigation, nVidia's motion for leave to appeal is DENIED.

Dated: July 17, 2006  /s/ James Ware
06cv3828subm  JAMES WARE
  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas A. Applegate daa@sezalaw.com
Frederick D. Holden fholden@brobeck.com
James N. Kramer jkramer@orrick.com
John S. Wesolowski john.wesolowski@usdoj.gov
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Margreta M. Sundelin msundelin@stutman.com
Matthew J. Shier mshier@pinnaclelawgroup.com
Robert Anthony Trodella rtrodella@hewm.com
Sblend A. Sblendorio sas@hogefenton.com
Stephen T. O'Neill soneill@murraylaw.com

| | |
|---|---|
| USBC Manager-San Jose<br>US Bankruptcy Court<br>280 South First Street, Room 3035<br>San Jose, CA 95113 | John S. Wesolowski<br>United States Trustee<br>280 South First Street, #268<br>San Jose, Ca 95113 |
| Amy E. Wallace<br>DLA Piper Rudnick Gray Cary US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303 | Monique Jewett-Brewster<br>Law Offices of Reed Smith<br>1999 Harrison Street, #2400<br>Oakland, CA 94612-3572 |
| Aron M. Oliner<br>Buchalter, Nemer, Fields and Younger<br>333 Market St., 5th Floor<br>San Francisco, CA 94105-2130 | Tara L. Condon<br>Sedgwick Detert Moran and Arnold<br>1 Market Plaza Steuart Tower 8th Floor<br>San Francisco, CA 94105 |
| John M. Sorich<br>Alvarado Shapiro and Wilson<br>4 Park Plaza, #1230<br>Irvine, CA 92614 | |

**Dated: July 17, 2006**                                **Richard W. Wieking, Clerk**

                                                        **By:_/s/ JW Chambers_____**
                                                            **Snooki Puli**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California