FREDERICK D. HOLDEN, JR. (STATE BAR NO. 61526)
KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
JAMES N. KRAMER (STATE BAR NO. 154709)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Appellants NVIDIA CORPORATION and

NVIDIA US INVESTMENT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>3dfx INTERACTIVE INC.,<br><br>Debtor.<br><br>NVIDIA CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WINBOND ELECTRONICS CORPORATION AMERICA<br><br>Defendant. | **Case Nos.   C-06-03238-JW**<br><br>**Related Case Nos.    C-05-0429-JW**<br>**                                   C-05-0428-JW**<br>**                                   C-05-0427-JW**<br><br>[Bankr. Case No. 02-55795]<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE:  CHANGE OF TITLE OF**<br>**CASE** |

IT IS STIPULATED by and between Appellants nVidia Corporation and nVidia US Investment Company, on the one hand, and Appellee Official Committee of Equity Security Holders on the other, by and through their respective counsel of record, as follows:

1.  Winbond Electronics Corporation America is not and never was a party to either the case on appeal or the underlying bankruptcy adversary proceeding between nVidia Corporation and the Official Committee of Equity Security Holders.

2.  Accordingly, the title of the case on appeal stemming from that bankruptcy

1  adversary proceeding should accurately reflect the names of the parties involved.  Specifically, it

2  should read *nVidia Corporation, a Delaware corporation, and nVidia US Investment Company,*

3  *f/k/a Titan Acquisition Corporation No. 2, a Delaware corporation,  Appellants, v. Official*

4  *Committee of Equity Security Holders, on its own behalf and on behalf of the bankruptcy estate of*

5  *3dfx, Appellee.*  The case caption should not read *nVidia Corporation, et al., v. Winbond*

6  *Electronics Corporation America* as, due to an administrative error, it currently does.

7

8  Dated:  July 12, 2006                     By  (/s/)
                                              Karen G. Johnson-McKewan
9                                              Orrick, Herrington & Sutcliffe LLP
                                              Attorneys for Appellants nVidia Corporation
10                                             and nVidia US Investment Company

11

12  Dated:  July 11, 2006                     By  (/s/)
                                              K. John Shaffer
                                              Stutman Treister & Glatt, PC
13                                             Attorneys for Appellee The Official Committee
                                              of Equity Security Holders
14

15         I hereby attest that I have on file all holographic signatures for any signature

16  indicated by a "conformed" signature (/s/) within this e-filed document.

17  Dated: July 12, 2006                      By  (/s/)
                                              Karen G. Johnson-McKewan
18                                             Attorneys for Appellants

19

20  **IT IS SO ORDERED.**

21         July 17, 2006

22                                             _____
                                              THE HONORABLE JAMES M. WARE
23

24

25

26

27

28

US_WEST:260050643.4          - 2 -    STIPULATION AND [PROPOSED] ORDER RE: CHANGE OF
                                      CASE TITLE CASE NOS. 06-03238JW; 05-0429JW; 05-
                                      0428JW; 05-0427JW